1  JERRY S. BUSBY
   Nevada Bar #001107
2  POOJA KUMAR
   Nevada Bar #012988
3  COOPER LEVENSON, P.A.
   3016 West Charleston Boulevard - #195
4  Las Vegas, Nevada 89102
   (702) 366-1125
5  FAX: (702) 366-1857
   jbusby@cooperlevenson.com
6  pkumar@cooperlevenson.com

7  Attorneys for Defendant
   SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROXANA M. RIVERA GRANADOS, individually; | Case No. 2:25-cv-00266-APG-DJA |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| SMITH'S FOOD & DRUG CENTERS, INC.; DOES I - X, and ROE CORPORATIONS I - X, inclusive, | |
| Defendants. | |

WHEREAS all Parties and their respective counsel, as undersigned, have agreed upon a full and final settlement of this case:

IT IS HEREBY STIPULATED AND AGREED, by and between Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Justin Randall, Esq. of the law firm ER INJURY ATTORNEYS as counsel of record for Plaintiff ROXANA M. RIVERA GRANADOS as follows:

1. That the claims herein of Plaintiff ROXANA M. RIVERA GRANADOS against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

//
//
//

2. That the jury trial presently set for April 20, 2026, at 9:00 a.m. before Chief Judge Andrew P. Gordon be vacated in light of the present dismissal.

**IT IS SO STIPULATED.**

DATED this ___ day of December, 2025.

**ER INJURY ATTORNEYS**

_____
JUSTIN G. RANDALL, ESQ.
Nevada Bar No. 12476
1700 South Pavilion Center Drive, Suite 530
Las Vegas, Nevada 89135
(702) 878-7878
Attorneys for Plaintiff
Roxana M. Rivera Granados

DATED this 23rd day of December, 2025.

**COOPER LEVENSON, P.A.**

_____
JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR, ESQ.
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**ORDER**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned matter be dismissed with prejudice, each party to bear their own fees and costs.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the jury trial set for April 20, 2026, at 9:00 a.m. before Chief Judge Andrew P. Gordon be vacated.

IT IS SO ORDERED:

Dated: __December 28, 2025__

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2